# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

March 19, 2007

Mr. Troy A. Eid
U.S. Attorney
United States Attorney's Office
1225 17th Street
#700
Denver, CO 80202

Mr. David Warren Veren
FCI Florence
#29763-013
P.O. Box 6000
Florence, CO 81226-6000

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2007

GREGORY C. LANGHAM
                CLERK

Re:   07-1038, United States v. Veren
      Dist/Ag docket: 00-cr-00261-WDM

Dear Counsel and Movant:

   Enclosed is a copy of the court's final order.

   Please contact this office if you have questions.

                              Sincerely,

                              Elisabeth A. Shumaker
                              Clerk, Court of Appeals

                              By: _____
                                  Deputy Clerk

clk:sts

cc:
   Honorable Walker D. Miller, District Judge
   Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| DAVID WARREN VEREN, | |
| Movant, | |
| v. | No. 07-1038 |
| | (D.C. No. 00-CR-00261-WDM) |
| UNITED STATES OF AMERICA, | (D. Colo.) |
| Respondent. | |

ORDER

Filed March 19, 2007

A true copy
Teste
Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit
By
Deputy Clerk

Movant David Warren Veren filed a motion under 28 U.S.C. § 2255 in the district court challenging his conviction and sentence with respect to a supervised release violation that had resulted in an additional prison term of twelve months and one day. As Mr. Veren had previously sought § 2255 relief regarding the same conviction, the district court transferred the matter here to provide him an opportunity to seek leave to proceed with a second or successive § 2255 motion pursuant to 28 U.S.C. §§ 2244(b)(3)(C) and 2255 para. 8.

On January 31, 2007, the clerk sent to Mr. Veren's prison address a notice acknowledging the transfer, enclosing a form motion for leave to file a second or successive § 2255 motion, directing him to complete and file the motion within

thirty days, and warning that if he failed to do so the matter could be summarily dismissed. Mr. Veren has not responded to the notice.

This matter is DISMISSED.

Entered for the Court<br>
ELISABETH A. SHUMAKER, Clerk<br>
<br>
By: _____<br>
Deputy Clerk